IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANNON HOLMES and
ANTHONY MCMAHAN,
individually and on behalf of
all others similarly situated,

      Plaintiffs,

      Case No. 15-cv-004

  vs.

ROADVIEW, INC.,

      Defendant.

**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

  Based on Plaintiffs' submissions in support of their Unopposed Motion for Final Approval of Class Action Settlement, as well as the record as a whole, IT IS ORDERED THAT:

  1. The Settlement Agreement is fair, reasonable, and adequate, and this Court directs consummation of its terms and provisions;

  2. The Settlement Agreement is binding on Defendant and Named Plaintiffs, as well as all class members who have not filed timely exclusions;

  3. The Petition for Class Counsel's Costs and Attorneys' Fees is approved and Class Counsel is awarded costs and attorney's fees in the total amount of $56,528.95;

  4. The Lawsuit and Plaintiffs' Complaint are dismissed on the merits with Prejudice, and barring and permanently enjoining, to the fullest extent of

applicable law, the Named Plaintiffs and all class members (aside from those filing timely and valid requests for exclusion) from pursuing any claims that were released against Defendant, as set forth in Section 9 of the Settlement Agreement.

Dated this ____1ST____ day of __AUGUST__, 2016.

BY THE COURT:

_____
Honorable James D. Peterson
United States District Court Judge